# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH MOGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTIMMUNE, INC., VIPIN K. GARG, RICHARD I. EISENSTADT, and M. SCOTT HARRIS,<br><br>Defendants. | Case No: 8:24-cv-01315-PX<br><br><br>CLASS ACTION |
| FRANK CAMPANILE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>ALTIMMUNE, INC., VIPIN K. GARG, RICHARD I. EISENSTADT, and M. SCOTT HARRIS,<br><br>Defendants. | Case No: 8:24-cv-01918-PX<br><br><br>CLASS ACTION |

## MOTION OF FRANK CAMPANILE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL

Movant, Frank Campanile ("Movant"), by and through his undersigned counsel, files this Motion, pursuant to Section 21D(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order granting: (1) consolidation of the above-captioned related actions (the "Related Actions"); (2) appointment of Movant as the Lead Plaintiff

for the Class; (3) appointment of Movant's choice of counsel, The Rosen Law Firm, P.A. as Lead Counsel, and the Law Office of Cynthia Leppert, LLC as Liaison Counsel for the Class; (4) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movant submits a Memorandum of Law and the Declarations and other Exhibits filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that this Court enter an Order:

1. Granting Frank Campanile's Motion for Consolidation, Appointment as Lead Counsel, and Approval of his Selection of Counsel;

2. Consolidating the two above-captioned cases;

3. Appointing Movant as the Lead Plaintiff, the Rosen Law Firm, P.A. as Lead Counsel, and the Law Office of Cynthia Leppert, LLC as Liaison Counsel for the Class; and

4. Granting such other and further relief as this Court may deem just and proper.

Dated: July 5, 2024                    Respectfully submitted,

**LAW OFFICE OF CYNTHIA LEPPERT, LLC**

_/s/ Cynthia L. Leppert_
Cynthia L. Leppert, Esq. (Bar No. 05857)
1 W. Pennsylvania Avenue
Suite 980
Towson, Maryland 21204
Telephone: 410-672-4022
Fax: 410-672-4350
Email: CLL@cynthialeppertlaw.com

*Proposed Liaison Counsel for Plaintiff*

2

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
*(Pro hac vice motion pending)*
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Proposed Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

        */s/ Cynthia L. Leppert*
Cynthia L. Leppert

3

4889-2783-7134, v. 1