## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | |
|---|---|
| JOSEPH MOGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>ALTIMMUNE, INC., VIPIN K. GARG, RICHARD I. EISENSTADT, and M. SCOTT HARRIS,<br><br>     Defendants. | Case No: 8:24-cv-01315-PX<br><br><br>CLASS ACTION |
| FRANK CAMPANILE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>V.<br><br>ALTIMMUNE, INC., VIPIN K. GARG, RICHARD I. EISENSTADT, and M. SCOTT HARRIS,<br><br>     Defendants. | Case No: 8:24-cv-01918-PX<br><br><br>CLASS ACTION |

## DECLARATION OF CYNTHIA L. LEPPERT, ESQ., IN SUPPORT OF FRANK CAMPANILE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL

I, Cynthia L. Leppert, Esq., declare:

1.     I am the managing member of the Law Office of Cynthia Leppert, LLC, proposed

Liaison Counsel for Movant Frank Campanile ("Movant"). I make this Declaration in support of

the motion of Movant for: (1) consolidation of the above-captioned related actions (the "Related Actions"); (2) appointment of Movant as the Lead Plaintiff for the Class; (3) appointment of Movant's choice of counsel, The Rosen Law Firm, P.A. as Lead Counsel, and the Law Office of Cynthia Leppert, LLC as Liaison Counsel for the Class; (4) granting such other and further relief as the Court may deem just and proper (the "Motion").

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit 1: | PSLRA early notice issued on May 6, 2024; |
| Exhibit 2: | Frank Campanile's PSRLA Certification; |
| Exhibit 3: | Frank Campanile's Loss Chart; |
| Exhibit 4: | The Rosen Law Firm, P.A.'s firm resume; and |
| Exhibit 5: | The Law Office of Cynthia Leppert, LLC s firm resume. |

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge, information and belief, the foregoing facts are true and correct.

Executed this 5th day of July, 2024.

_Cynthia L. Leppert_
Cynthia L. Leppert

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*Cynthia L Leppert*

Cynthia L. Leppert

4891-6468-3982, v. 1