# Exhibit 1

# Pomerantz Law Firm Announces the Filing of a Class Action Against Altimmune, Inc. and Certain Officers - ALT



NEWS PROVIDED BY
**Pomerantz LLP →**
May 06, 2024, 18:50 ET

NEW YORK, May 6, 2024 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Altimmune, Inc. ("Altimmune" or the "Company") (NASDAQ: **ALT**) and certain officers. The class action, filed in the United States District Court for the District of Maryland, Southern Division, and docketed under 24-cv-01315, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Altimmune securities between December 1, 2023 and April 26, 2024, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Altimmune securities during the Class Period, you have until July 5, 2024 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at **www.pomerantzlaw.com**. To discuss this action, contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

Altimmune is a clinical stage biopharmaceutical company that focuses on developing treatments for obesity and liver diseases. The Company's lead product candidate is pemvidutide, a glucagon-like peptide-1 ("GLP-1") agonist for the treatment of obesity and metabolic dysfunction-associated steatohepatitis ("MASH"). GLP-1 agonists are medications that help lower blood sugar levels and promote weight loss.

On November 30, 2023, Altimmune announced topline results from its 48-week MOMENTUM Phase 2 trial evaluating pemvidutide for the treatment of obesity (the "MOMENTUM Trial"). According to the Company, at week 48, subjects receiving pemvidutide achieved mean weight losses of 10.3%, 11.2%, 15.6% and 2.2% at the 1.2 mg, 1.8 mg, and 2.4 mg doses and placebo, respectively, with a near-linear trajectory of continued weight loss observed on the 2.4 mg dose at the end of treatment. Defendants touted the significance of these results to pemvidutide's clinical and commercial prospects as they purportedly evidenced the drug's viability to compete with other GLP-1 agonists targeting weight-loss. Pemvidutide's ability to compete with other GLP-1 agonists targeting weight-loss was particularly important to analysts and investors given the Company's need to establish a strategic partnership with, or otherwise be acquired by, more established biopharmaceutical companies with the cash and capital needed to ensure funding for the drug's future.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Altimmune overstated the potential for pemvidutide to stand out from competing GLP-1 agonists based on the drug's efficacy and tolerability results observed in the MOMENTUM Trial; (ii) accordingly, the MOMENTUM Trial results were less significant to pemvidutide's clinical, commercial, and competitive prospects than Defendants had led investors to believe; (iii) as a result of all the foregoing, Defendants had overstated Altimmune's prospects for finding a strategic partner to develop pemvidutide; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On February 13, 2024, Kerrisdale Capital published a report (the "Kerrisdale Report") alleging that "a deeper examination of Altimmune's data reveals a drug with little chance of competing against either the approved incumbents or the other GLP-1 agonists progressing through clinical trials." In particular, the Kerrisdale Report found that "[e]ven if pemvidutide *did* result in 15.6% weight-loss, that's not good enough" because competing, already approved GLP- 1 agonists "semaglutide and tirzepatide (Ozempic and Mounjaro) have demonstrated superior weight-loss on a comparable basis, with the added benefit of controlling blood-sugar (which pemvidutide does not)," while noting that "pemvidutide's tolerability is atrocious" compared to these same drugs. (Emphasis in original.) Accordingly, the Kerrisdale Report concluded that "[w]e don't think legitimate prospective partners want to spend hundreds of millions of dollars and years of trials pursuing an obvious dead end."

On this news, Altimmune's stock price fell $1.94 per share, or 18.65%, to close at $8.46 per share on February 13, 2024.

Then, on April 29, 2024, *Bloomberg* published an article entitled "Altimmune Down as Guggenheim Sees Overhang in No Partnership," reporting that "Guggenheim Securities downgraded [Altimmune's] stock to neutral from buy saying [a] partnership for the biotech's lead asset pemvidutide look[s] 'increasingly unlikely.'" In particular, Guggenheim Securities stated that the opportunity to successfully fund pemvidutide's future as a treatment for obesity through a strategic partnership was "growing increasingly tenuous" and that "[t]he failure of a partner to emerge now five months from the end of Ph[ase] 2 presents an overhang that can no longer be ignored" as "a major partnership or M&A event would have materialized already if pem[vidutide] was viewed as a serious competitor in the growing obesity/ NASH landscapes by potential strategics or investors[.]"

On this news, Altimmune's stock price fell $0.87 per share, or 11.98%, to close at $6.39 per share on April 29, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims

of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

**dpeyton@pomlaw.com**

646-581-9980 ext. 7980

SOURCE Pomerantz LLP