# Exhibit 3

**Altimmune, Inc. Loss Chart**
**Class Period: December 1, 2023 through April 26, 2024**

| Name | Date | Description | Quantity | Symbol | Price | Amount | |
|------|------|-------------|----------|--------|-------|--------|--|
| | | | | | | | $0.95 |
| Frank Campanile | 1/2/2024 | Bought CALL ALT:US 17JAN2025 13 | 74 | ALT 17 JAN 2025 13 Call | ($4.70) | ($34,780.00) | |
| | 1/2/2024 | Bought CALL ALT:US 17JAN2025 13 | 14 | ALT 17 JAN 2025 13 Call | ($4.80) | ($6,720.00) | |
| | 1/2/2024 | Bought CALL ALT:US 17JAN2025 13 | 12 | ALT 17 JAN 2025 13 Call | ($4.69) | ($5,628.00) | |
| | 1/10/2024 | Sold CALL ALT:US 17JAN2025 13 | 100 | ALT 17 JAN 2025 13 Call | $5.00 | $50,000.00 | |
| | 2/6/2024 | Bought CALL ALT:US 17JAN2025 13 | 200 | ALT 17 JAN 2025 13 Call | ($4.00) | ($80,000.00) | |
| | 2/6/2024 | Bought CALL ALT:US 17JAN2025 13 | 2 | ALT 17 JAN 2025 13 Call | ($4.30) | ($860.00) | |
| | 2/27/2024 | Bought CALL ALT:US 17JAN2025 13 | 1 | ALT 17 JAN 2025 13 Call | ($6.60) | ($660.00) | |
| | 3/4/2024 | Sold CALL ALT:US 17JAN2025 13 | 178 | ALT 17 JAN 2025 13 Call | $4.25 | $75,650.00 | |
| | 3/4/2024 | Sold CALL ALT:US 17JAN2025 13 | 22 | ALT 17 JAN 2025 13 Call | $4.30 | $9,460.00 | |
| | 3/5/2024 | Bought CALL ALT:US 17JAN2025 13 | 100 | ALT 17 JAN 2025 13 Call | ($4.30) | ($43,000.00) | |
| | | | | | | ($36,538.00) | |
| | | Retained Options | 103 | | | | |
| | | Retained option value at $0.95/option | | | | $9,785.00 | |
| | | **Loss** | | | | **($26,753.00)** | |

**Options price is $0.95 as of
July 5, 2024.