**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE ALTIMMUNE, INC. SECURITIES LITIGATION | Master File No. 8:24-cv-01315-ABA |
| | CLASS ACTION |

**ORDER CONSOLIDATING RELATED ACTIONS,
APPOINTING CO-LEAD PLAINTIFFS, AND APPROVING CO-LEAD COUNSEL**

The Court has reviewed and considered the parties' Stipulation and [Proposed] Order Consolidating Related Actions, Appointing Co-Lead Plaintiffs, And Approving Co-Lead Counsel ("Stipulation"), which was filed in both *Mogan v. Altimmune, Inc. et al.*, Case No. 8:24-cv-01315 ("*Mogan*"), ECF No. 15, and *Campanile v. Altimmune, Inc. et al.*, Case No. 8:24-cv-01918 ("*Campanile*"), ECF No. 9. The Court accepts the *Mogan* and *Campanile* plaintiffs' proposal, and for the reasons stated in that Stipulation, Bhupendra K. Shah and Frank Campanile shall be appointed as Co-Lead Plaintiffs, and Pomerantz LLP and Rosen Law Firm, P.A. shall be approved as Co-Lead Counsel and the Law Office of Cynthia Leppert, LLC as Liaison Counsel. The Court further ORDERS as follows:

**CONSOLIDATION OF RELATED CASES**

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned securities class actions are hereby consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings.

**MASTER DOCKET AND CAPTION**

2. The docket in Case No. 8:24-cv-01315-ABA shall constitute the Master Docket for this consolidated action.

3. Every pleading filed in the consolidated action shall bear the following caption:

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE ALTIMMUNE, INC. SECURITIES LITIGATION | Master File No. 8:24-cv-01315-ABA |
| | CLASS ACTION |

This Document Relates To:

4.     The file in Civil Action No. 8:24-cv-01315-ABA shall constitute a master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5.     All related class actions subsequently filed in, or transferred to, this District shall be consolidated into this consolidated action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

6.     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

**APPOINTMENT OF CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL**

7.     Having considered the provisions of Section 21D(a)(3)(B) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that Shah and Campanile are adequate plaintiffs and satisfy the requirements of the

2

PSLRA. The Court hereby appoints Shah and Campanile as Co-Lead Plaintiffs to represent the interests of the class.

8.      Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movants have selected Pomerantz and Rosen Law to serve as Co-Lead Counsel and the Law Office of Cynthia Leppert, LLC as Liaison Counsel. The Court approves Pomerantz and Rosen Law as Co-Lead Counsel and the Law Office of Cynthia Leppert, LLC as Liaison Counsel.

9.      Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

a.   to coordinate the briefing and argument of any and all motions;

b.   to coordinate the conduct of any and all discovery proceedings;

c.   to coordinate the examination of any and all witnesses in depositions;

d.   to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e.   to call meetings of the plaintiffs' counsel as deemed necessary and appropriate from time to time;

f.   to coordinate all settlement negotiations with counsel for defendants;

g.   to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

h.   to coordinate the preparation and filings of all pleadings; and

i.   to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

10.      No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

11.      Service upon any plaintiff of all pleadings, motions, or other papers in the consolidated action, except those specifically addressed to a plaintiff other than the Co-Lead Plaintiffs, shall be completed upon service of Co-Lead Counsel.

12.      Co-Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Co-Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

13.      Counsel for Defendants and counsel for lead plaintiff shall meet and confer regarding scheduling. **Within fourteen (14) days after entry of this Order**, the parties shall submit a stipulation for the Court's approval with the parties' proposed schedule for the filing of an amended complaint (if any) and the filing of a motion to dismiss or other response to the amended complaint.

Date:   October 2, 2024                                      _____/s/_____

                                                            Adam B. Abelson
                                                            United States District Judge