**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| IN RE ALTIMMUNE, INC. SECURITIES LITIGATION | Master File No.: 8:24-cv-1315-ABA <br><br> CLASS ACTION |
| This Document Relates To: All Actions | |

**ORDER**

On December 16, 2024, Bhupendra K. Shah and Frank Campanile, the court-appointed co-lead plaintiffs in this class action, ECF No. 22, filed a notice of voluntary dismissal of this action without prejudice as to all defendants. ECF No. 33. The co-lead plaintiffs state that no defendant has yet filed or served an answer or dispositive motion, and a class action has not yet been certified in this action.

Upon consideration of the notice of voluntary dismissal (ECF No. 33), it is hereby ORDERED that this case shall be DISMISSED without prejudice. The court hereby directs the Clerk to close this case.

Date:   December 30, 2024

_____
Adam B. Abelson
United States District Judge